UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

Civil Action File Number: 3:25-CV-00343

```
FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date:   Sep 11, 2025
```

THOMAS SANDERS,

    Plaintiff,

v.

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERMENT, *et al.*,

    Defendants.

Notice of
Conventional Filing for
Doc. 18-5

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff, by counsel, on September 11, 2025, has filed, via the conventional method, with the clerk of the Court a thumb drive, in the above-styled case, that contain the below exhibit that was referenced in the Plaintiff's Response [Doc. 18] that was filed with the Clerk of the Court on Thursday, August 28, 2025.

List of Exhibits
As Stated In the Plaintiff's Thomas Sanders, Response [Doc. 18]

1. Exhibit 5, *Louisvillehoodnews Instagram Video Posting* https://www.instagram.com/reel/DNGyNxSpc77/?igsh=OGs3Y2V3cjR2dGJx (Published Aug. 8, 2025; Accessed Aug. 22, 2025).

1

Also, on September 11, 2025, the undersigned's office served via hand-delivery a thumb drive containing the same exhibit to the Defendants.

Dated: September 11, 2025.

                                                    Respectfully Submitted By,

                                                    /s/ *Shaun A. Wimberly, Sr.*
                                                    SHAUN WIMBERLY, SR.
                                                    Wimberly & Associates, PLLC
                                                    325 West Main Street, Suite 1816
                                                    Louisville, KY 40202
                                                    Tel:    (502) 208-1887
                                                    Fax:   (502) 208-1858
                                                    Email: shaun_wimberly@icloud.com
                                                    COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

It is hereby certified that a copy of the foregoing was filed with the Clerk via the Court's ECF/PACER filing system on this 11th day of September, 2025, and a copy of the same was served via Hand-Delivered, on the same said date to the individuals listed below:

Kathryn Goodwin
Brendan Daugherty
Assistant Jefferson County Attorney
First Trust Centre
200 S. Fifth Street, Suite 300N
Louisville, KY 40202
(502) 574-6312
Kathryn.goodwin@louisvilleky.gov
Brendan.daugherty@louisvilleky.gov
Counsel for Defendants

                                                    /s/ *Shaun A. Wimberly, Sr.*
                                                    COUNSEL FOR PLAINTIFF

From: Shaun Wimberly Sr.
325 West Main, Suite 1816, Louisville, KY 40202
502 208 1897

For Conventional Filing For Plaintiff's Response Doc 18-5 (Exhibit 5)
Thomas Sanders v. LJCMG, et al.
Civil Action File Number: 3:25-CV-00343